UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PAUL LONG and KIANDRA LOVE,

Plaintiffs,

v.    Case No: 6:18-cv-154-Orl-18DCI

BITCONNECT INTERNATIONAL,
PLC, BITCONNECT LTD,
BITCONNECT TRADING LTD and
RYAN MAASEN,

Defendants.

## ORDER

**IT IS HEREBY ORDERED** that the Clerk of the Court is directed to **REASSIGN** this case to another District Judge for all further proceedings.

**DONE AND ORDERED** at Orlando, Florida, this ___2___ day of February, 2018.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties