UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PAUL LONG and KIANDRA LOVE,

    Plaintiffs,

v.                                         Case No: 6:18-cv-154-Orl-37DCI

BITCONNECT INTERNATIONAL,
PLC, BITCONNECT LTD,
BITCONNECT TRADING LTD and
RYAN MAASEN,

    Defendants.
_____

    Pursuant to Local Rule 2.02 of the United States District Court for the Middle District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Jasper D. Ward, being of good standing with the bar of Western District of Kentucky, Eastern District of Kentucky, Southern District of Indiana, Northern District of Indiana, District of Columbia and Western District of Michigan as co-counsel for the Plaintiff in the above captioned matter.

    The required Special Admission Attorney Certification form and fee have been forwarded the Court.

    The undersigned, John Yanchunis, who is a member of the bar of this Court and a Florida resident, pursuant to Local Rule 2.02(a) in this matter, and will comply with the registration fee and email requirements of Local Rule 2.01(d).

    Pursuant to Local Rule 3.01(g) moving counsel certifies that counsel has conferred with opposing counsel and opposing counsel agrees to the admission *pro hac vice* of Jasper D. Ward in accordance with this motion.

| | |
|---|---|
| Date: February 23, 2018 | s/John A. Yanchunis |
| | **MORGAN & MORGAN** |
| | **COMPLEX LITIGATION GROUP** |
| | John Yanchunis, FL Bar No. 324681 |
| | 201 North Franklin Street, 7th Floor |
| | Tampa, FL  33602 |
| | Phone: 813-223-5505 |
| | Fax: 813-223-5402 |
| | Email: jyanchunis@forthepeople.com |

*Attorneys For Plaintiff And The Putative Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 23, 2018 a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel either via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ John A. Yanchunis