# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**PAUL LONG and KIANDRA LOVE,**

        **Plaintiffs,**

**v.**                                                    **Case No:  6:18-cv-154-Orl-37DCI**

**BITCONNECT INTERNATIONAL, PLC, BITCONNECT LTD, BITCONNECT TRADING LTD and RYAN MAASEN,**

        **Defendants.**

_____

# ORDER

This cause comes before the Court for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **MOTION FOR LEAVE TO APPEAR PRO HAC VICE (Doc. 12)** |
| **FILED:** | **February 23, 2018** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

The motion to appear *pro hac vice* of Jasper D. Ward, Esq. (Doc. 12), is **GRANTED**, provided counsel **shall register for and use the electronic filing system** as adopted by the Court. After this Order, the Clerk will no longer send copies of docket entries by U.S. Mail to counsel in this case. Counsel can register for a CM/ECF login password through the website at www.flmd.uscourts.gov under "CM/ECF." Counsel admitted to appear *pro hac vice* must take the tutorial offered on the website before using the system.

Local counsel, John Yanchunis, Esq., fully assumes all responsibilities set forth in Local Rule 2.02.  In particular, the Court reminds local counsel that local counsel "will be responsible for the progress of the case," including responsibility for trial in this matter if the non-resident attorney defaults.  Local Rule 2.02(a).  If local counsel is unwilling to assume all required responsibilities, a written designation and consent to act by another local attorney must be filed within ten days of the date of this order.

**DONE** and **ORDERED** in Orlando, Florida on February 26, 2018.

DANIEL C. IRICK
UNITES STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties