UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PAUL LONG; and KIANDRA LOVE,

    Plaintiffs,

v.                                          Case No. 6:18-cv-154-Orl-37DCI

BITCONNECT INTERNATIONAL,
PLC; BITCONNECT LTD;
BITCONNECT TRADING LTD; and
RYAN MAASEN,

    Defendants.

---

**ORDER**

On January 30, 2018, Plaintiffs initiated this putative class action by filing a five-count complaint against Defendants alleging violations of Florida law and federal securities law. (Doc. 1.) This action is nearly identical to at least two other putative class actions against the same Defendants. *See Wildes v. BitConnect Int'l PLC*, No. 9:18-cv-80086-DMM, Doc. 1 (S.D. Fla. Jan. 24, 2018); *Paige v. BitConnect Int'l PLC*, No. 3:18-cv-58-JHM-CHL, Doc. 1 (W.D. Ky. Jan. 29, 2018).[1]

"Where two actions involving overlapping issues and parties are pending in two federal courts, there is a strong presumption across the federal circuits that favors the

---

[1] Subsequent to this action, three other federal lawsuits with near identical proposed classes alleging similar claims against the same defendants have been filed. *See Mengesha v. BitConnect Int'l PLC*, No. 0:18-cv-279-WMW-SER, Doc. 1 (D. Minn. Jan. 31, 2018); *Kline v. BitConnect Int'l PLC*, No. 8:18-cv-319-EAK-MAP, Doc. 1 (M.D. Fla. Feb. 7, 2018); *Avalos v. BitConnect Int'l PLC*, No. 4:18-cv-1165-JSW, Doc. 1 (N.D. Cal. Feb. 22, 2018).

forum of the first-filed suit under the first-filed rule." *Manuel v. Convergys Corp.*, 430 F.3d 1132, 1135 (11th Cir. 2005). Courts have held that this rule "not only determines which court may decide the merits of substantially similar issues, but also establishes which court may decide whether the second suit filed must be dismissed, stayed or transferred and consolidated." *In re Checking Account Overdraft Litig.*, 859 F. Supp. 2d 1313, 1325 (S.D. Fla. 2012) (quoting *Cadle v. Whataburger of Alice, Inc.*, 174 F.3d 599, 606 (5th Cir. 1999)).

So "the proper course of action [is] for the court to transfer the case to the [first-filed] court to determine which case should, in the interests of sound judicial administration and judicial economy, proceed." *Id.* (quoting *Cadle*, 174 F.3d at 606) (alternations in original). Accordingly, on or before Thursday, **March 8, 2018**, Plaintiffs are **DIRECTED** to show cause why this case should be allowed to proceed in this forum.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 1, 2018.

ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record